AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| COLE, JEFFREY N. | U.S. DISTRICT COURT | 08/12/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| MAGISTRATE JUDGE | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2020 <br> **to** <br> 12/31/2020 |

**7. Chambers or Office Address**

U.S. COURTHOUSE
219 SOUTH DEARBORN STREET
STE 1088
CHICAGO, IL 60604-2025

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 08/12/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 08/12/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. INTEL CORP | B | Dividend | K | T | | | | | |
| 2. PHILIP MORRIS INT'L | A | Dividend | K | T | | | | | |
| 3. SCHWAB - | A | Dividend | J | T | | | | | |
| 4. MAY DEPT STORES 8.3% DEB 7/15/2026 - IRA | C | Interest | K | T | | | | | |
| 5. EXECUTIVE RISK CAPITAL TR 2/1/2027 - 8.675% - IRA | C | Interest | K | T | | | | | |
| 6. ACE LTD SER C 7.8% - IRA | C | Interest | K | T | | | | | |
| 7. RESOLUTION FDG CORP 10/15/2016 - IRA | E | Interest | K | T | | | | | |
| 8. DUKE CAPITAL SR NOTES 2/15/2013 6.25% -IRA | B | Interest | K | T | | | | | |
| 9. LEUCADIA NAT'L 11/15/2013 7.75% - IRA | B | Interest | K | T | | | | | |
| 10. NCNB 7/15/2015 10.2% - IRA | B | Interest | K | T | | | | | |
| 11. NAT'L RURAL UTILITY COOP 10/1/2015 7.2% - IRA | B | Interest | K | T | | | | | |
| 12. ITT HARTFORD GRP DEB 11/1/2015 7.3% - IRA | B | Interest | K | T | | | | | |
| 13. ALLEGIENCE CORP DEB 10/15/2016 7.8% - -IRA | B | Interest | K | T | | | | | |
| 14. RYDER SYSTEMS DEB 5/15/2017 9+.875% - IRA | C | Interest | K | T | | | | | |
| 15. CITICORP CAPITAL 2/15/2027 7.933% - IRA | C | Interest | K | T | | | | | |
| 16. ST PAUL CAPITAL TR PFD 7.6% - IRA | C | Interest | K | T | | | | | |
| 17. TXU CORP - IRA | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BAXTER, INT'L - IRA | B | Dividend | J | T | | | | | |
| 19. EXXONMOBIL - IRA | B | Dividend | K | T | | | | | |
| 20. HOME DEPOT - IRA | B | Dividend | J | T | | | | | |
| 21. JOHNSON & JOHNSON | B | Dividend | J | T | | | | | |
| 22. MICROSOFT - IRA | B | Dividend | J | T | | | | | |
| 23. WAL-MART STORES - IRA | B | Dividend | J | T | | | | | |
| 24. AVAYA | A | Dividend | K | T | | | | | |
| 25. POWERSHARES ETF (NAME CHANGE) | A | Dividend | J | T | | | | | |
| 26. LEHMAN BROS HOLDINGS 7.95% | B | Dividend | K | T | | | | | |
| 27. PEPSICO | B | Dividend | J | T | | | | | |
| 28. ANDARKO PETE CORP SR NT 3/15/2014 - 7.625% - IRA | B | Interest | K | T | | | | | |
| 29. AMEREM CORP SR NT 5/15/2014 8.875% - IRA | B | Interest | K | T | | | | | |
| 30. BUNGE LTD FIN CORP SR NT 7/15/2015 - 5.1% - IRA | B | Interest | K | T | | | | | |
| 31. HOSPIRA INC NT 5/15/2015 6.4% - IRA | B | Interest | K | T | | | | | |
| 32. WILLIS NO AMER INC SR NT 7/15/2015 5.625% - IRA | B | Interest | K | T | | | | | |
| 33. ENDURANCE SPECIALTY HLDGS LTD SR NT 10/15/2015 6.15% -IRA | B | Int./Div. | K | T | | | | | |
| 34. HORACE MANN EDUCATORS CORP NEW SR NT 4/15/2016 6.85% - IRA | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ALLIED WORLD ASSUR 8/1/2016 7.5% - IRA | B | Interest | K | T | | | | | |
| 36. FIDELITY NAT'L FINCL NEW SR NT 5/15/2017 6.6% - IRA | A | Interest | K | T | | | | | |
| 37. DREYFUS TREAS PRIME INV SHS MNY MKT | B | Interest | M | T | | | | | |
| 38. DREYFUS TREAS PRIME INV SHS | A | Dividend | N | T | | | | | |
| 39. TEMPLETON GLOBAL BD FD ADVISOR - IRA | C | Dividend | M | T | | | | | |
| 40. CENTRAL GOLDTRUST TR UNIT - IRA | | None | K | T | | | | | |
| 41. CNA FINCL CORP NT 12/15/2014 5.85% - IRA | A | Interest | K | T | | | | | |
| 42. ANNALY CAP MGMT INC - IRA | A | Dividend | K | T | | | | | |
| 43. WALT DISNEY CO NTS 12/15/2013 4.5% | B | Interest | K | T | | | | | |
| 44. VANGUARD SHT TERM BD INDEX ADMIRAL SHS | B | Dividend | M | T | | | | | |
| 45. UBS AG AUSTRALIA BRCH NTS 8/26/2013 6.25% | B | Interest | K | T | | | | | |
| 46. MARRIOTT INT'L NEW NT SER J 2/15/2013 5.625% - IRA | B | Interest | K | T | | | | | |
| 47. COMMERCIAL METALS CO SR NTS 8/15/2013 5.625% - IRA | B | Interest | K | T | | | | | |
| 48. AMERICAN EXPRESS CR CORP MED TRM NTS 8/20/2013 7.3% - IRA | B | Interest | K | T | | | | | |
| 49. TELECOM ITALIA CAP SR NTS SER B - IRA | B | Interest | K | T | | | | | |
| 50. ORIX CORP NTS 1/12/2016 6.6% - IRA | B | Interest | K | T | | | | | |
| 51. BEST BUY INC FXD RT NTS 3/15/2016 3.75% - IRA | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. TRANSATLANTIC HLDGS SR NT 12/14/2015 5.75% - IRA | B | Interest | K | T | | | | | |
| 53. AVNET INC NTS 9/15/2016 6.625% - IRA | B | Interest | K | T | | | | | |
| 54. CENTRAL GOLDTRUST TR UNIT - IRA | | None | L | T | | | | | |
| 55. NOVARTIS AG ADR - IRA | B | Dividend | L | T | | | | | |
| 56. SEALED AIR CORP NEW COM - IRA | B | Dividend | K | T | | | | | |
| 57. STAPLES, INC - IRA | A | Dividend | J | T | | | | | |
| 58. WESTERN UNION CO COM | A | Dividend | K | T | | | | | |
| 59. CENTRAL FD CDA LTD CL A | A | Dividend | K | T | | | | | |
| 60. WINTERGREEN FD - IRA | A | Dividend | K | T | | | | | |
| 61. SPROTT PHYSICAL GOLD TR | | None | M | T | | | | | |
| 62. BK OF NEW YORK MELLON CORP | B | Dividend | K | T | | | | | |
| 63. GOOGLE INC CL A | | None | L | T | | | | | |
| 64. EXELON CORP COM | B | Dividend | K | T | | | | | |
| 65. MOSAIC CO NEW | A | Dividend | | | Sold | 04/13/20 | J | | |
| 66. ALCOA INC FXD RTATE NT 5.4% 4/15/2021 | | None | | | Redeemed | 04/06/20 | J | A | |
| 67. HOWMET AEROSPACE INC | A | Interest | | | Merged (with line 66) | 05/07/20 | K | A | |
| 68. TALISMAN ENERGY SER 7.75% 6/1/2019 | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. LABORATORY CORP AMER 4.625% | A | Interest | | | Redeemed | 08/17/20 | K | | |
| 70. VIACOM INC NEW SR NT 3.875% 12/15/2021 | A | Interest | | | Merged (with line 126) | 05/28/20 | K | B | |
| 71. BP PLC SPON ADR | B | Dividend | K | T | | | | | |
| 72. FPA CRESCENT | A | Dividend | K | T | | | | | |
| 73. KRAFT FOODS GROUP | B | Dividend | | | Redeemed | 07/02/20 | J | A | |
| 74. DOUBLELINE TOTAL | A | Dividend | K | T | | | | | |
| 75. BERKSHIRE HATHAWAY | | None | K | T | | | | | |
| 76. MCDONALDS CORP FR NTS 3.625%/ 5/20/2021 | A | Interest | K | T | | | | | |
| 77. WILLIS TOWERS WATSON 5.75% 3/15/2021 | B | Interest | K | T | | | | | |
| 78. AETNA INC FXD RT 4.1254% | B | Interest | K | T | | | | | |
| 79. BENTONVILLE ARK SCH | A | Interest | | | Redeemed | 06/01/20 | K | | |
| 80. DISNEY WALT CO, | A | Dividend | | | Sold | 03/23/20 | K | | |
| 81. EBAY INC FXD RT SR 2.875% 8/1/2021 | A | Interest | | | Redeemed | 08/10/20 | K | A | |
| 82. SUNCOR ENERGY INC | B | Dividend | | | Sold | 02/21/20 | K | B | |
| 83. THOMSON REUTERS CORP NT 3.95% 9/30/2021 | A | Interest | | | Redeemed | 01/15/20 | K | A | |
| 84. MCDONALDS CORP MEDIUM TERM NTS FIXED RT SR NT 2.75% 12/9/2020 | A | Interest | | | Redeemed | 12/09/20 | K | | |
| 85. TECH DATA CORP FXD RATE NT 3.75%09/21/2017 | B | Interest | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. KRAFT FOODS GRP FIXED RATE NT 5.375% 2/10/2020 | A | Interest | | | Redeemed | 02/10/20 | K | | |
| 87. BECTON DICKINSON FXD RT NT 3.125% 11/8/21 | A | Interest | K | T | | | | | |
| 88. GOLDMAN SACHS GRP INC FXD RT NT 2.75% 9/15/20 | A | Interest | | | Redeemed | 08/17/20 | K | | |
| 89. McKESSON CORP FXD NT 4.75% 3/1/21 | B | Interest | | | Redeemed | 12/01/20 | K | | |
| 90. MEAD JOHNSON NUTRITION CO FXD RT SR NT 3.0 % 11/15/20 | A | Interest | | | Redeemed | 11/16/20 | K | | |
| 91. NORTHROP GRUMMAN CORP SR NT 3.5% 3/15/21 | A | Interest | K | T | | | | | |
| 92. REYNOLDS AMERICAN INC GTD FXD RT SR NT 3.25% 6/12/20 | A | Interest | | | Redeemed | 06/12/20 | K | | |
| 93. WELLS FARGO & CO NEW MEDIUM TERM SR NTS FXD RT SER 1 4.6% 4/1/21 | B | Interest | K | T | | | | | |
| 94. INTEL CORP | C | Dividend | K | T | | | | | |
| 95. BAXTER INT'L INC FXD RT SR NT 1.7% 8/15/21 | A | Interest | K | T | | | | | |
| 96. CNA FIN'L CORP FXD RT NT 5.75% 8/15/21 | B | Interest | | | Redeemed | 09/16/20 | K | A | |
| 97. KEYCORP MEDIUM TERM SR NT SER M 2.9% 9/15/20 | A | Interest | | | Redeemed | 09/15/20 | K | | |
| 98. ZIMMER BIOMET HLDGS SR NT 2.7% 4/1/20 | A | Interest | | | Redeemed | 04/01/20 | K | | |
| 99. AUTOZONE, INC. FXD SR NT 2.5% 4/15/2021 | A | Interest | K | T | | | | | |
| 100. JPMORGAN CHASE & CO. FXD RT NT 2.75% 6/23/2020 | A | Interest | | | Redeemed | 05/26/20 | K | A | |
| 101. INTERCONTINENTAL EXCHANGE, INC. GTD FXD RT SR NT 2.75% 12/1/2020 | A | Interest | | | Redeemed | 06/25/20 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 102. MORGAN STANLEY FXD RT SR NT SER F 2.8% 6/16/2020 | A | Interest | | | Redeemed | 06/16/20 | K | A | |
| 103. UNITED TECHNOLOGIES CORP. FXD RATE SR NT 1.9% 5/4/2020 | A | Interest | | | Redeemed | 03/04/20 | K | A | |
| 104. ORACLE CORP FXD RT NT 2.8% 7/8/21 | A | Interest | K | T | | | | | |
| 105. BANK AMER CORP FXD RT NTS SER L 5.625% 7/1/20 | B | Interest | K | T | | | | | |
| 106. CITIGROUP INC FXD RT NTS 2.625% 10/26/20 | A | Interest | | | Redeemed | 10/26/20 | K | | |
| 107. HUNTINGTON BKSH RT SR NTS 2.3% 1/24/22 | A | Interest | | | Redeemed | 11/04/20 | J | A | |
| 108. US TREAS NTS 1.5% 5/31/20 | A | Interest | | | Redeemed | 05/29/20 | K | A | |
| 109. AMERICAN EXPRESS FXD RT SR NTS 2.2% 10/30/20 | A | Interest | | | Redeemed | 09/29/20 | K | A | |
| 110. BIOGEN INC FXD RT SR NT 2.9% 9/15/20 | A | Interest | | | Redeemed | 05/28/20 | K | A | |
| 111. BROADRIDGE FINL SOLUTIONS FXD RT 3.95% 9/1/20 | A | Interest | | | Redeemed | 09/01/20 | K | | |
| 112. CNA FINL CORP FXD RT NT 5.3875% 8/15/20 | A | Interest | K | T | | | | | |
| 113. CSX CORP FXD RT NT 4.25% 6/1/21 | B | Interest | K | T | | | | | |
| 114. HERSHEY CO FXD RT SR NT 3.1% 5/15/21 | A | Interest | K | T | | | | | |
| 115. HUMANA INC FXD RT SR NT 2.5% 12/15/20 | A | Interest | | | Redeemed | 12/15/20 | K | | |
| 116. KELLOGG CO SR NT 3.125% 5/17/22 | A | Interest | | | Redeemed | 12/17/20 | K | A | |
| 117. LINCOLN NAT'L CORP IND SR NT 4.2% 3/15/22 | B | Interest | K | T | | | | | |
| 118. REYNOLDS AMERICAN INC GTD FXD RT SR NT 3.25% 6/12/20 | | None | | | Redeemed | 06/12/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 119. CHARLES SCHWAB CORP NEW FXD RT SR NT 3.25% 5/21/21 | A | Interest | K | T | | | | | |
| 120. STARBUCKS CORP FXD RT SR NT 2.2% 11/22/20 | A | Interest | | | Redeemed | 11/13/20 | K | A | |
| 121. TOYOTA MTR CR CORP MEDEIUM TERM NTS FXD RT NTS SER B 1.9% 4/8/21 | A | Interest | K | T | | | | | |
| 122. US BANCORP MEDIUM TERM NTS FXD RT SR NT 2.35% 1/29/21 | A | Interest | K | T | | | | | |
| 123. US TREAS NTS 1.25% 1/31/20 | A | Interest | | | Redeemed | 01/31/20 | L | A | |
| 124. US TREAS NTS 1.375% 2/15/20 | A | Interest | | | Redeemed | 08/31/20 | K | A | |
| 125. US TREAS NTS 1.5% 6/15/20 | A | Interest | | | Redeemed | 06/30/20 | K | | |
| 126. VERIZON COMMUNICATIONS INC FXD RT NT 4.6% 4/1/21 | A | Interest | | | Redeemed | 06/29/20 | K | A | |
| 127. ZOETIS INC FXD RT SR NT 3.25% 8/20/21 | A | Interest | K | T | | | | | |
| 128. MASCO CORP SR NTS 5.95% 3/15/22 | B | Interest | K | T | Buy | 02/14/20 | K | | |
| 129. ADOBE, INC. | | None | | | Buy | 02/21/20 | J | | |
| 130. ADOBE, INC. | | None | | | Sold | 03/19/20 | J | | |
| 131. GLOBAL PAYMENTS, INC. | A | Dividend | | | Buy | 02/21/20 | J | | |
| 132. GLOBAL PAYMENTS, INC. | | None | | | Sold | 03/19/20 | J | | |
| 133. NVIDIA CORP. | | None | | | Buy | 02/21/20 | J | | |
| 134. NVIDIA CORP. | | None | | | Sold | 03/19/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 135. UNION PACIFIC CORP. | | None | | | Buy | 02/21/20 | J | | |
| 136. UNION PACIFIC CORP. | | None | | | Sold | 03/19/20 | J | | |
| 137. VISA, INC. | | None | | | Buy | 02/21/20 | J | | |
| 138. VISA, INC. | | None | | | Sold | 03/19/20 | J | | |
| 139. HOWMET AEROSPACE INC. FIXED RT NT 5.4% 4/15/21 | A | Interest | K | T | Buy | 04/06/20 | K | | |
| 140. CNA FINANCIAL FIXED RT NT 5.75% 8/15/21 | B | Interest | K | T | Buy | 02/14/20 | K | | |
| 141. US TREAS NTS 1.875% | A | Interest | K | T | Buy | 06/30/20 | K | | |
| 142. BANK OF MONTEAL 4.8% 7/25/88 | B | Interest | K | T | Buy | 02/06/20 | K | | |
| 143. CITIGROUP INC DEP SHS 5% 9/12/69 | | None | K | T | Buy | 01/21/20 | K | | |
| 144. MOHAWK IND INC ST NT 3.85% 1/31/13 | A | Interest | K | T | Buy | 07/14/20 | K | | |
| 145. NVR INC SR NT 3.95% 9/15/22 | A | Interest | K | T | Buy | 01/15/20 | K | | |
| 146. NORFOLK SOUTHERN CORP SR NT 3.0% 3/15/12 | A | Interest | K | T | Buy | 01/10/20 | K | | |
| 147. TRUIST FINCL CORP 4.87% 7/29/69 | B | Dividend | K | T | Buy | 01/16/20 | K | | |
| 148. US TREAS NT 1.375% 8/31/15 | A | Interest | K | T | Buy | 02/24/20 | K | | |
| 149. WALGREENS BOOTS ALLIANCE FXD RT NT 3.3% 11/18/21 | A | Interest | K | T | Buy | 04/21/20 | K | | |
| 150. WELLS FARGO & CO NEW FXD RT NTS 2.5% 3/4/16 | A | Interest | K | T | Buy | 02/12/20 | K | | |
| 151. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 08/12/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **S/ JEFFREY N. COLE**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544